FILED
CLERK, U.S. DISTRICT COURT

JUL 3 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: MJ 13-02072 |
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed. R. Cim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| JESUS GONZALEZ, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A.    (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _nature of the offenses; no bail warrant; failure to comply with supervision when whereabouts were unknown._

and/or

1   B.      ( ) The defendant has not met his/her burden of establishing by clear and

2           convincing evidence that he/she is not likely to pose a danger to the safety of any

3           other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

4           finding is based on: _____

5   _____

6   _____

7   _____

8

9           IT IS THEREFORE ORDERED that the defendant be detained pending the further

10  revocation proceedings.

11

12  Dated: July 31, 2013

13                                  ALICIA G. ROSENBERG
                                    United States Magistrate Judge